**Aram Harutyunian, Esq., State Bar No. 364302**
**DOWNTOWN L.A. LAW GROUP**
540 S Santa Fe Ave.
Los Angeles, CA 90013
Tel: (213)389-3765
Fax: (877)389-2775
Email: Aram@downtownlalaw.com

Attorneys for Plaintiff,
SHADA HAMPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADA HAMPTON, an individual.<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>KEYAUNTE ANTWONNE<br>LANDERS, an individual; and DOES 1<br>to 50, inclusive.<br><br>            Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>**1.   ASSAULT**<br>**2.   BATTERY**<br>**3.    NEGLIGENCE AND**<br>**NEGLIGENT HIRING,**<br>**RETENTION, AND**<br>**SUPERVISION**<br>**4.    INTENTIONAL**<br>**INFLICTION OF**<br>**EMOTIONAL DISTRESS** |

## I. INTRODUCTION

1.      Plaintiff SHADA HAMPTON ("Plaintiff") brings this action under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b), and applicable California law, for damages arising out of a sexual assault that occurred on October 22, 2024, at a United States Postal Service facility located at 3585 S. Vermont Ave., Los Angeles, California.

Downtown L.A. Law Group
540 S Santa Fe Avenue
Los Angeles, CA 90013

**1**

2.      Plaintiff alleges that Defendant KEYAUNTE ANTWONNE LANDERS ("Defendant LANDERS"), while acting within the course and scope of his employment with the United States Postal Service ("USPS"), committed assault and battery and other wrongful acts against Plaintiff.

3.      Plaintiff further alleges that Defendant UNITED STATES OF AMERICA is liable for negligence, including negligent hiring, retention, and supervision.

## II. JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1346(b).

Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the acts and omissions giving rise to this action occurred within the Central District of California.

## III. ADMINISTRATIVE CLAIM COMPLIANCE

5.      Plaintiff has satisfied all prerequisites to filing suit under the Federal Tort Claims Act.

6.      On or about April 23, 2025, Plaintiff timely presented an administrative tort claim to the United States Postal Service, and more than six (6) months have elapsed since submission of the claim without a final written denial; accordingly, pursuant to 28 U.S.C. § 2675(a), Plaintiff has exhausted all required administrative remedies, and the claim is deemed denied.

## IV. PARTIES

7.      Plaintiff SHADA HAMPTON is an individual residing in the State of California.

8.      Defendant UNITED STATES OF AMERICA is liable under the FTCA for the acts and omissions of its employees acting within the course and scope of their employment.

Downtown L.A. Law Group
540 S Santa Fe Avenue
Los Angeles, CA 90013

**COMPLAINT FOR DAMAGES**

9.     Defendant KEYAUNTE ANTWONNE LANDERS is an individual who, at all relevant times, was employed by the United States Postal Service.

10.    Plaintiff is unaware of the true names and capacities of Defendants DOES 1 through 50 and therefore sues such Defendants by fictitious names.

### V. FACTUAL ALLEGATIONS

11.    On October 22, 2024, Plaintiff entered a USPS facility located at 3585 S. Vermont Ave., Los Angeles, California.

12.    Upon entering, Plaintiff observed Defendant LANDERS, who was working behind the service counter.

13.    Defendant LANDERS approached Plaintiff from behind the counter area and hugged Plaintiff from behind without her consent.

14.    Plaintiff requested change-of-address forms from Defendant LANDERS. Defendant LANDERS stated that he had the forms and gestured for Plaintiff to meet him in another area of the facility.

15.    While Plaintiff was isolated in that area, Defendant LANDERS began touching Plaintiff in a sexual and offensive manner without her consent, including rubbing her hips, grabbing her buttocks, and grabbing her genital area.

16.    Plaintiff immediately told Defendant LANDERS to stop. Defendant LANDERS laughed and dismissed Plaintiff's objection.

17.    Defendant LANDERS then briefly left the area and returned with the requested forms.

18.    As Plaintiff began exiting the facility, Defendant LANDERS followed her from behind.

19.    Defendant LANDERS grabbed Plaintiff's arm and forced Plaintiff's hand onto his genital area without her consent.

20.    Plaintiff loudly objected and yelled "no."

Downtown L.A. Law Group
540 S Santa Fe Avenue
Los Angeles, CA 90013

21.    Defendant LANDERS responded, "I am so sorry miss lady, have a good day."

22.    Defendant LANDERS' conduct was intentional, sexually offensive, non-consensual, and constituted a sexual assault.

23.    As a direct and proximate result of Defendants' conduct, Plaintiff suffered severe emotional distress, anxiety, fear, humiliation, and other damages.

24.    Defendant UNITED STATES OF AMERICA, through USPS, negligently hired, retained, and/or supervised Defendant LANDERS, and failed to protect customers from foreseeable harm.

## VI. FIRST CAUSE OF ACTION

### (Assault – Against All Defendants)

25.    Plaintiff realleges and incorporates by reference all preceding paragraphs.

26.    Defendant LANDERS intentionally engaged in conduct that caused Plaintiff to reasonably apprehend imminent harmful and offensive contact.

27.    Plaintiff experienced such apprehension.

28.    Defendant UNITED STATES OF AMERICA is liable pursuant to the FTCA for the acts of its employee.

29.    Plaintiff suffered damages as a result.

## VII. SECOND CAUSE OF ACTION

### (Battery – Against All Defendants)

30.    Plaintiff realleges and incorporates by reference all preceding paragraphs.

31.    Defendant LANDERS intentionally and offensively touched Plaintiff without her consent, including sexual touching.

32.    Defendant UNITED STATES OF AMERICA is liable under the FTCA.

33.    Plaintiff suffered damages as a result.

Downtown L.A. Law Group
540 S Santa Fe Avenue
Los Angeles, CA 90013

## VIII. THIRD CAUSE OF ACTION

**(Negligence and Negligent Hiring, Retention, and Supervision – Against UNITED STATES OF AMERICA)**

34. Plaintiff realleges and incorporates by reference all preceding paragraphs.

35. Defendant UNITED STATES OF AMERICA owed a duty to exercise reasonable care in the hiring, retention, and supervision of its employees.

36. Defendant breached that duty by failing to properly screen, train, supervise, and discipline Defendant LANDERS.

37. Defendant knew or should have known that Defendant LANDERS posed a risk of sexual misconduct toward customers.

38. This negligence was a substantial factor in causing Plaintiff's injuries.

39. Plaintiff suffered damages as a result.

## IX. FOURTH CAUSE OF ACTION

**(Intentional Infliction of Emotional Distress – Against All Defendants)**

40. Plaintiff realleges and incorporates by reference all preceding paragraphs.

41. Defendant LANDERS' conduct was extreme and outrageous, including unwanted sexual touching and coercion.

42. Defendant LANDERS intended to cause emotional distress or acted with reckless disregard of the probability of causing such distress.

43. Plaintiff suffered severe emotional distress.

44. Defendant UNITED STATES OF AMERICA is liable under the FTCA.

## X. DAMAGES

Plaintiff has suffered damages, including but not limited to the following:

1. Severe emotional distress

2. Mental anguish

Downtown L.A. Law Group
540 S Santa Fe Avenue
Los Angeles, CA 90013

3.    Anxiety and fear

4.    Humiliation

5.    General damages according to proof

## XI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendants as follows:

1.    General damages according to proof;

2.    Special damages according to proof;

3.    Costs of suit herein incurred;

4.    Pre-judgment and post-judgment interest;

5.    Such other and further relief as the Court deems just and proper.

DATED:  July 31, 2026                    **DOWNTOWN L.A. LAW GROUP**

_____
Aram Harutyunian, Esq.
Attorneys for Plaintiff,
SHADA HAMPTON

Downtown L.A. Law Group
540 S Santa Fe Avenue
Los Angeles, CA 90013

6

**COMPLAINT FOR DAMAGES**